UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANC E. COPELAND, | ) | Case No. 2:20-cv-03896-JVS-JC |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) | |
| FELIPE MARTINEZ, JR., | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)" ("Petition") is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Section 2255 Motion") and that the Petition/Section 2255 Motion and this action be dismissed without prejudice for lack of jurisdiction.

DATED: April 30, 2020

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE